IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY C. MOORE,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                                  13-cv-138-wmc

DEPARTMENT OF CORRECTIONS,
CAPTAIN BAUER,
LORI ALSUM O'DONOVAN,
CAPTAIN O'DONOVAN,
LIEUTENANT HEIDLMAN,
LIEUTENANT SCHNEIDER, TONI MELI,
WARDEN WILLIAM POLLARD,
N. KAMPHUIS, BELINDA SCHRUBBE,
LIEUTENANT RYMANKIWIZ,
SERGEANT ANDREWS and OFFICER GAU,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case under Fed. R. Civ. P. 41(b).

    /s/                                                        6/6/2013
Peter Oppeneer, Clerk of Court                      Date